ANTHONY DiPALMA, Respondent, v. ORESTO DiPALMA, as Sole Trustee of School District No. 6 of the Town of Murray, Appellant.— Judgment and order reversed on the law and a new trial granted, with costs to appellant to abide the event, on the ground that there is no evidence that the fence in question was intended to be used in the way it was being used by the plaintiff's son at the time of the accident, nor was there any evidence to the effect that the trustee of the school district knew that children so used it, and the plaintiff's son in so using it was a trespasser; and on the further ground that the error in refusing to charge that the plaintiff could not recover if it was found that the plaintiff's son was injured on a part of the fence that was not defective, was not cured by the general charge that the plaintiff could only recover on a finding of defendant's negligence in respect to disrepair of the fence. All concur. Thompson and Crosby, JJ., on the latter ground only. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

ADA BARDO, Appellant, v. FRED J. BARDO, Respondent.— Judgment affirmed, without costs of this appeal to either party. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

WILLIAM A. CALDWELL, as Trustee in Bankruptcy of STONE's ICE CREAM COMPANY, INCORPORATED, Respondent, v. JOSEPH STONE, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

RUTH M. GALLUP, Formerly RUTH M. JEWETT, Respondent, v. EDGAR B. JEWETT, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of JOHN LEO SULLIVAN, an Attorney.— Issues raised by petition and answer referred to Hon. John B. M. Stephens, official referee. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

In the Matter of WILLIAM H. MacLEAN, an Attorney.— Report of referee confirmed and order of disbarment entered. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of HENRY J. SEMO, an Attorney.— Report of referee, in so far as it relates to the Fusco specification, confirmed, and respondent suspended from practice for two years and thereafter until the further order of the court. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.